1008

THE STATE OF WASHINGTON, *Respondent*, v. MARK J. HINES, ET AL., *Defendants*, CHESTER VERNON HARPER, JR., *Appellant.*

*In the Matter of the Personal Restraint of* CHESTER HARPER, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 01-1-05862-9, Steven G. Scott, J., entered December 24, 2001, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.

LEE A. RICHARDSON, *Appellant*, v. RED LION HOTELS, ET AL., *Defendants*, JOHN MESSINA, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 97-2-20243-4, Richard McDermott, J., entered March 18, 2002. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD JAMES POWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-10115-1, Linda Lau, J., entered March 14, 2002. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR H. GUTAMA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-1-05491-7, Steven G. Scott, J., entered April 18, 2002. *Affirmed* by unpublished per curiam opinion.